**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **INTERSTATE AGREEMENT ON** |
| | ) | **DETAINERS ORDER** |
| vs. | ) | |
| | ) | |
| Jeffrey Louis Grivas, | ) | Case No. 1:13-cr-077 |
| | ) | |
| Defendant. | ) | |

The parties, including the defendant, JEFFREY LOUIS GRIVAS, having executed an "Interstate Agreement on Detainers Anti-Shuttling Waiver Stipulation," waiving the anti-shuttling provisions of the Interstate Agreement on Detainers Act ("IADA"), Title 18, Appendix 2, United State Code, IT IS HEREBY ORDERED,

That the defendant is to be housed in the "sending state" of North Dakota at the North Dakota Department of Corrections, in the Mercer County Jail, Stanton, North Dakota, pending trial of this matter, or until further order of the court.  Further, pursuant to the defendant's waiver, the return of the defendant to his place of incarceration pending trial shall <u>not</u> be grounds under the IADA for dismissal of the charges set forth in the indictment.

Dated this 14th day of May, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court